UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UPSTATE NEW YORK ENGINEERS HEALTH FUND, by Deborah Spaulding, as Administrator; UPSTATE NEW YORK ENGINEERS PENSION FUND, by Deborah Spaulding, as Administrator; UPSTATE NEW YORK ENGINEERS S.U.B. FUND, by Deborah Spaulding, as Administrator; UPSTATE NEW YORK ENGINEERS TRAINING FUND, by Theron Hogle and Eugene Hallock, as Trustees; LOCAL 106 TRAINING AND APPRENTICESHIP FUND, by Daniel J. McGraw and Eugene Hallock, as Trustees; CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, by its BOARD OF TRUSTEES; UPSTATE NEW YORK OPERATING ENGINEERS, LOCAL 158, by Daniel McGraw, as Business Manager,

                Plaintiffs,

– against –

ALL WAYS CONCRETE PUMPING LLC, DIANA L. SROKA, Individually and as an Officer of All Ways Concrete Pumping LLC, and KENNETH A. SROKA, Individually and as an Officer of All Ways Concrete Pumping LLC,

                Defendants.

**STIPULATION DISMISSING ACTION PURSUANT TO FRCP RULE 41**

Civil Action No. 5:20-cv-01429 (DNH/ML)

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel, the attorneys of record for all Plaintiffs and Defendants (the "Parties") in the above-referenced action, no party being an infant, incompetent person, or in the military service, that the above-referenced action has been resolved and all claims and counterclaims are dismissed with prejudice. The Parties further agree to bear their own attorneys' fees and costs.

DATED: August 31, 2023

BLITMAN & KING LLP

By: _____
Jennifer A. Clark, Esq.
Attorneys for Plaintiffs
Office and Post Office Address
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204
Telephone: (315) 422-7111
E-mail: jaclark@bklawyers.com

DATED: August 30, 2023

BARNES & THORNBURG LLP

By: _____
David S. Slovick, Esq.
Attorneys for Defendants
390 Madison Avenue, 12th Floor
New York, New York 10017
Telephone: (646) 746-2019
Facsimile: (646) 746-2001
E-mail: dslovick@btlaw.com

{B0315778.1}

SO ORDERED:

DATED: __August 31__, 2023

_____
David N. Hurd
U.S. District Judge